IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JAMES TRAVIS RILEY,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-32-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1173] of the Magistrate Judge recommending denying the Defendant's Motion for Disclosure of Confidential Informants [Doc. 861], Motion to Sever [Doc. 863], Motion for Bill of Particulars and to Dismiss [Doc. 864] and Motion for Accelerated Disclosure of Jencks Act and Giglio Materials [Doc. 981]. As set forth in the thorough and well-reasoned Report and Recommendation, the Defendant was properly joined under Rule 8(b). The Motion to sever on the grounds of undue prejudice is premature until a trial plan has been formalized. The motion may be renewed at that time. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Disclosure of Confidential Informants [Doc. 861], Motion to Sever [Doc. 863], Motion for Bill of Particulars and

to Dismiss [Doc. 864] and Motion for Accelerated Disclosure of Jencks Act and Giglio Materials [Doc. 981] are DENIED.

SO ORDERED, this 16 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge